IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FECHTNER, M.D., | No. C-14-3518 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANT TO SUBMIT CHAMBERS COPY OF NOTICE OF REMOVAL** |
| v. | |
| PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, | |
| Defendant. | |

On August 7, 2014, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the case, defendant is hereby DIRECTED to submit forthwith a chambers copy of the Notice of Removal, and attachments thereto, filed August 4, 2014.

**IT IS SO ORDERED.**

Dated: August 19, 2014

MAXINE M. CHESNEY
United States District Judge