Gail E. Cohen (SBN 93210)
gcohen@mail.hinshawlaw.com
Ophir Johna (SBN 228193)
ojohna@mail.hinshawlaw.com
HINSHAW & CULBERTSON LLP
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for DEFENDANT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH FECHTNER, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY and DOES 1 THROUGH 10, <br><br> Defendants. | Case No. 3:14-CV-03518-MMC <br><br> Hon. Maxine M. Chesney <br><br> **AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Complaint Filed: July 1, 2014 |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Kenneth Fechtner, M.D. and Defendant Provident Life and Accident Insurance Company, by and through their respective attorneys of record, hereby stipulate that this matter be dismissed with prejudice, with each party to bear its own costs of suit and attorneys' fees.

Respectfully submitted,

DATED: October 26, 2015                HINSHAW & CULBERTSON LLP

By: /s/ Gail E. Cohen
    GAIL E. COHEN
    OPHIR JOHNA
    Attorneys for DEFENDANT

1

1  DATED: October 26, 2015                DELFINO GREEN & GREEN

2
                                          By: /s/ *William Green*
3                                              WILLIAM GREEN
                                               Attorneys for PLAINTIFF
4

5

6
    IT IS SO ORDERED.
7

8
    DATED: October 27, 2015               By: *[signature]*
9                                              HON. MAXINE M. CHESNEY
                                               UNITED STATES DISTRICT JUDGE
10

2

Case No. 3:14-CV-03518-MMC

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800